# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE No.: 6:22-cv-01131-RBD-DCI

MICHAEL R. MCNEIL,

  Plaintiff,

vs.

1310 ATLANTIC AVENUE, LLC, et al.,

  Defendant,

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff MICHAEL R. MCNEIL, and Defendant 1310 ATLANTIC AVENUE, LLC, by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal, with prejudice, of this action, against Defendant, 1310 ATLANTIC AVENUE, LLC.

Respectfully submitted this 19th day of October 2022.

By:/S/Joe M. Quick, Esq.                     By:/S/William E. Calnan, Esq.
   Joe M. Quick, Esq.                         William E. Calnan, Esq.
   Bar Number 0883794                  Bar Number 938785
   Attorney for Plaintiff                    Attorney for Defendant
   Law Offices of Joe M. Quick, Esq.      The Tarich Law Firm, P.A.
   1224 S. Peninsula Drive #604          1946 Tyler Street
   Daytona Beach, Florida 32118          Hollywood, Florida 33020
   Telephone: 386.212.3591               Telephone: 305.503.5095
   Email: JMQuickEsq@gmail.com         Email: Wcalnan@TarichLaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of October 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

    By: /s/Joe M. Quick, Esq.
      Joe M. Quick, Esq.
      Florida Bar No.: 0883794
      Law Offices of Joe M. Quick, P.A.
      *Counsel for Plaintiff*
      1224 S. Peninsula Drive #619
      Daytona Beach, Florida 32118
      Tel: (386) 212-3591
      E-mail:JMQuickesq@gmail.com